DALE A. BLICKENSTAFF, #40681
Attorney at Law
5151 North Palm, Suite 10
Fresno, California 93704
Telephone: (559) 227-1515
Facsimile: (559) 221-6557

Attorney for Tyrone Johnston

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-04-5213-AWI |
| ) Plaintiff, ) | STIPULATION TO CONTINUE MOTION HEARING |
| vs. ) | |
| TYRONE JOHNSTON, ) | |
| ) Defendant. ) | |

Additional time is needed to allow the defense time to review discovery.

IT IS HEREBY STIPULATED that the hearing currently scheduled for May 23, 2005 at 9:00 a.m. be continued to May 31, 2005 at 9:00 a.m.

It is further stipulated time is excluded pursuant to 18 U.S.C. section 3161(H)(I)(F).

IT IS SO STIPULATED.

Dated: May 19, 2005          /s/ Dawrence W. Rice, Jr.
                             DAWRENCE W. RICE, JR.
                             Assistant U.S. Attorney

Dated: May 19, 2005          /s/ Dale A. Blickenstaff
                             DALE A. BLICKENSTAFF
                             Attorney for Defendant

1                                                              ORDER

3        IT IS HEREBY ORDERED that the motion hearing scheduled for May 23, 2005 at 9:00
4   a.m. be continued to May 31, 2005 at 9:00 a.m.

6   IT IS SO ORDERED.
7   **Dated:     May 20, 2005**                              **/s/ Anthony W. Ishii**
    0m8i78                                               UNITED STATES DISTRICT JUDGE