**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California  93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, TYRONE JOHNSTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>TYRONE JOHNSTON,<br><br>          Defendant.<br>_____ | Case No. 1:04-CR-05213 AWI<br><br>**STIPULATION AND ORDER BY AND BETWEEN THE PARTIES TO CONTINUE SENTENCING**<br><br>Date   :   October 13, 2009<br>Time  :   9:00 a.m.<br>Dept  :   Hon. Anthony W. Ishi |

Sentencing in this matter is currently scheduled for October 13, 2009, at 9:00 a.m. The parties hereby stipulate to continue the hearing to November 9, 2009, at 9:00 a.m., to give defense counsel additional time for preparation.

Dated: October 8, 2009          /s/ *Dale A. Blickenstaff*
                                DALE A. BLICKENSTAFF
                                Attorney for Defendant, TYRONE JOHNSTON


Dated: October 8, 2009          /s/ *Dawrence Wayne Rice, Jr.*
                                DAWRENCE WAYNE RICE, JR.
                                Assistant United States Attorney


Dated: October 8, 2009          /s/ *Jack C. Roberson*
                                JACK C. ROBERSON
                                United States Probation Officer

1 **THE PARTIES HAVING CONSENTED,**

2 IT IS SO ORDERED.

3 **Dated:   October 13, 2009**          /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE