**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, TYRONE JOHNSTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:04-CR-05213 AWI |
| Plaintiff, | STIPULATION AND ORDER BY AND BETWEEN THE PARTIES TO CONTINUE SENTENCING |
| v. | |
| TYRONE JOHNSTON, | Date : January 25, 2010 |
| Defendant. | Time : 9:00 a.m. |
| | Dept : Hon. Anthony W. Ishi |

Sentencing in this matter is currently scheduled for January 25, 2010, at 9:00 a.m. The parties hereby stipulate to continue the hearing to March 1, 2010, at 9:00 a.m., to give adequate time for corrections to be made to the dispositional memorandum.

Dated: January 19, 2010      /s/ *Dale A. Blickenstaff*
                             DALE A. BLICKENSTAFF
                             Attorney for Defendant, TYRONE JOHNSTON

Dated: January 19, 2010      /s/ *Dawrence Wayne Rice, Jr.*
                             DAWRENCE WAYNE RICE, JR.
                             Assistant United States Attorney

Dated: January 19, 2010      */s/ Jack C. Roberson*
                             JACK C. ROBERSON
                             United States Probation Officer

---

**STIPULATION AND ORDER BY AND BETWEEN THE PARTIES TO CONTINUE SENTENCING**
Case No. 1:04-CR-05213 AWI                                                        Page 1

**THE PARTIES HAVING CONSENTED, IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:     January 19, 2010                        /s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE